| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cosbey, Roger B. | 2. Court or Organization<br><br>United States District Court, Northern District of Indiana | 3. Date of Report<br><br>4/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual      ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>1130 E Ross Adair Federal Building<br>1300 S. Harrison Street<br>Fort Wayne, IN 46802 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Successor Trustee | Trust #2 |
| 2.  Director | Friends of the Lincoln Collection of Indiana, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Southwest Allen County School Corp - ▮▮▮ salary |
| 2. | 2011 | Indiana State Teachers' Retirement Fund - ▮▮▮ pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Liberty Fund, Inc. | 5/12/2011 - 5/15/2011 | Indianapolis, IN | Jury System Conference | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | B | Dividend | M | T | | | | | |
| 2.   Fidelity Contra Fund | | | | | | | | | |
| 3.   Fidelity Growth Fund | | | | | | | | | |
| 4.   Fidelity Freedom 2020 Fund | | | | | Buy | 9/16/11 | L | | |
| 5.   IRA #2 | A | Dividend | L | T | | | | | |
| 6.   Fidelity Contra Fund | | | | | | | | | |
| 7.   Fidelity Int'l Discovery | | | | | | | | | |
| 8.   Fidelity Value | | | | | | | | | |
| 9.   Indiana State Teachers' Retirement Fund | A | Interest | | | Closed | 9/2/11 | L | | Rolled into IRA #1 |
| 10.   Small Cap - see part VIII for further info | | | | | | | | | |
| 11.   Equity Fund - Black Rock | | | | | | | | | |
| 12.   Int'l Equity Fund - see part VIII for further info | | | | | | | | | |
| 13.   Bond Fund - see part VIII for further info | | | | | | | | | |
| 14.   Guaranteed Fund - State of Indiana | | | | | | | | | |
| 15.   Fifth Third Bank | A | Interest | J | T | | | | | |
| 16.   Met Life Variable Annuity | | None | K | T | Buy (add'l) | | J | | |
| 17.   LEHBNDX - MDCPIND | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS,EAFE,RUS IND STK IND | | | | | | | | | |
| 19. FIA Card Svcs. - Money Market | A | Interest | M | T | | | | | |
| 20. Bank of America Money Market | A | Interest | K | T | | | | | |
| 21. TRUST #2 (line below) | A | Interest | J | T | | | | | |
| 22. - Merrill Lynch CMA Money Fund | A | Interest | J | T | | | | | |
| 23. Allstate Life Ins. Co. Annuity | E | Distribution | K | T | | | | | |
| 24. Brokerage Account #1 (lines 25-63 below) | | | | | | | | | |
| 25. - Apple Inc Common Stock | | None | L | T | | | | | |
| 26. - AT&T Inc Common Stock | A | Dividend | K | T | Buy | 11/2/11 | J | | |
| 27. - BP Common Stock | B | Dividend | K | T | | | | | |
| 28. - CSCO Common Stock | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 29. - Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 30. - CMCSA Common Stock | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 31. - EXC Common Stock | B | Dividend | K | T | | | | | |
| 32. - XOM Common Stock | B | Dividend | L | T | | | | | |
| 33. - NEE Common Stock (Formerly known as FPL) | A | Dividend | J | T | | | | | |
| 34. - GE Common Stock | A | Dividend | K | T | Buy | 11/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HON Common Stock | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 36. - MSFT Common Stock | A | Dividend | K | T | Buy | 11/2/11 | J | | |
| 37. - NWS Common Stock | A | Dividend | J | T | | | | | |
| 38. - NVS Common Stock | A | Dividend | K | T | Buy | 11/2/11 | J | | |
| 39. - PG Common Stock | A | Dividend | K | T | Buy | 8/5/11 | J | | |
| 40. - RCL Common Stock | A | Dividend | J | T | | | | | |
| 41. - ABT Common Stock | A | Dividend | K | T | Buy | 11/2/11 | J | | |
| 42. - BAX Common Stock | A | Dividend | J | T | Buy | 11/2/11 | J | | |
| 43. - PFE Common Stock | A | Dividend | K | T | Buy | 11/2/11 | J | | |
| 44. - ElementsRograGtr | | None | J | T | | | | | |
| 45. - American Funds Cap. World Growth Income Fund | A | Dividend | J | T | | | | | |
| 46. - Columbia Tax Exempt Fund | C | Dividend | L | T | | | | | |
| 47. - Eaton Vance Muns. Tr. Nat. Muns. Fd. | B | Dividend | K | T | | | | | |
| 48. - American Eruo Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 49. - Franklin High Yeld Tax Free Inc. Fund | A | Dividend | J | T | | | | | |
| 50. - Franklin FL Tax FreeIncome Fund | C | Dividend | L | T | | | | | |
| 51. - American Investment Co. of America CLA | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MFS FLA Mun. Bond Fund | B | Dividend | K | T | | | | | |
| 53. - American Funds New World Fund | A | Dividend | J | T | | | | | |
| 54. - American Washington Mut. Investors Fund | B | Dividend | L | T | | | | | |
| 55. - ING Group NV Preferred Stock | A | Dividend | J | T | | | | | |
| 56. - Indiana Health EDL Financing Auth Bond | A | Interest | K | T | | | | | |
| 57. - Nuveen High Yield Muni Bond Fund | B | Interest | K | T | | | | | |
| 58. - Oppenheimer AMT Free Muni. Fund | B | Interest | K | T | | | | | |
| 59. - Indiana State Fin Auth. Revenue Bond | A | Interest | J | T | | | | | |
| 60. - Nuveen New York Div. Adv. Munic Bond | A | Dividend | J | T | | | | | |
| 61. - Lord Abbett Short Dur. Tax Free Fund | A | Interest | K | T | | | | | |
| 62. - Lord Abbett Intermed. Tax Free Fund | A | Interest | J | T | | | | | |
| 63. - Nuveen MD Prem Income Muni Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Sec. VII, Line 9. Indiana State Teachers' Retirement Fund: Form of Annuity Savings Account. Only the Guaranteed Fund reports interest. All other funds fluctuate in value and do not separately report income. The recipient retired in June, 2011 and commenced receiving pension payments from the pension account. The Annuity Savings Account was distributed as a lump sum and rolled over into IRA #1 where a new fund was purchased as noted on Line 4. The Indiana State Teachers' Retirement Fund will not appear in this Section of future reports, but will be listed at Section III(B), Spouse's non-investment Income.

Sec. VII, Line 10 - This Small Cap is comprised of Rhumbline, Loomis and CS McKee Small Cap Funds

Sec. VII, Line 12 - This Int'l Equity Fund is comprised of Black Rock; Manning & Napier; DFA; Baillie Gifford International Funds

Sec. VII, Line 13 - This Bond Fund is comprised of State Street, Loomis, GHD PIMCO Bond Funds

Sec. VII, Line 16 - The annuity was purchased each month through May, 2011 via payroll deduction. No further purchases occurred after that time due to retirement. The annuity remained invested through the reporting period.

Sec. VII, Line 21 - Trust #2 remains in existence for the benefit of one beneficiary; I remain as trustee. At the end of the reporting period Trust #2 only held a CMA money fund (a cash equivalent account). The gross value of the Trust is listed at Column C(1).

Sec. VII, Line 23 - Upon the death of the owner and annuitant of this Allstate Life Insurance Company variable annuity on December 10, 2006, I became the owner and sole beneficiary. The annuity death proceeds began in October, 2007 and will be paid out over 5 years. The value of the fixed annuity is estimated based on the remaining balance of the pay-outs, without reducing them to present value. Column B1 reflects the income received in 2011.

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 4/17/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger B. Cosbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544